IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SJT DEVELOPMENT, INC., a Nevada Corporation, and SANDRA M. TRIANTAFILLOS, | ) ) ) ) | CASE NO. 8:11CV179 |
| Plaintiffs, | ) ) | |
| v. | ) ) | JUDGMENT |
| RACHEL L. RIEGER, DAVID L. RIEGER, DEANA M. GUHDE, DAVID F. GUHDE, MATTHEW WILSON, d/b/a Joe Wilson & Co., ENDEAVOR DEVELOPMENT & INVESTMENT GROUP, INC., a Nevada Corporation, JOHN REYES, JEFFREY KINNICK, JAMES VEGA, JOHN DOES I-V, real names unknown, LEVEL ONE FINANCIAL, INC., a California Corporation, STAR CAPITAL CORPORATION, a Delaware Corporation, SILVER HILL FINANCIAL, LLC, a Delaware Limited Liability Company, WACHOVIA BANK, NA, JOHN L. BERNARD, d/b/a Bernard Real Estate, IB PROPERTY HOLDINGS, LLC, a Delaware Limited Liability Company, RANDY BENNETT, and BAYVIEW LOAN SERVICING, LLC, a Delaware Limited Liability Company, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. All claims asserted by Plaintiff SJT Development, Inc. are dismissed, without prejudice, as against all Defendants; and

2. All claims asserted by Plaintiff Sandra M. Triantafillos are dismissed, without prejudice, as against all Defendants.

DATED this 6th day of December, 2011.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge